**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

        Plaintiff                 Case No. 08-13352
                                Hon. Patrick J. Duggan
-v-                            Claim No. 1998A14348

DAVID SCOTT,

               Defendant

---

## ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on October 14, 2008.

PRESENT: HONORABLE PATRICK J. DUGGAN

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to **GMAC MORTGAGE** requesting a copy of the Defendant's mortgage application, copies of any bank checks used to make payments on account in the last six months and the bank routing number of any electronic payments made in the last six months.

                    S/Patrick J. Duggan
                    Patrick J. Duggan
                    United States District Judge

Dated: October 14, 2008
  October 14, 2008
I hereby certify that a copy of the foregoing document was served upon counsel of record on October 14, 2008 October 14, 2008, by electronic and/or ordinary mail.
                    S/Marilyn Orem
                    Case Manager