# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

-VS-

DAVID SCOTT,
    Defendant
_____/

Court Number: 08-13352
Honorable: Patrick J. Duggan
Claim Number: 1998A14348

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: September 25, 2009September 25, 2009
I hereby certify that a copy of the foregoing document was served upon counsel of record on September 25, 2009September 25, 2009, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager